```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 11091
    JOVIAN L ELLISON
    DEBROH D ELLISON                             CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8503      SSN XXX-XX-1654

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/25/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG        .00           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED        4029.88           .00        4029.88
RESURGENT ACQUISITION LL   UNSECURED         911.38           .00         911.38
BLATT HASENMILLER LEIBSK   UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         686.97           .00         686.97
DIRECT MERCHANTS BANK      UNSECURED      NOT FILED           .00            .00
DIRECT MERCHANTS BANK      NOTICE ONLY    NOT FILED           .00            .00
GERALD E MOORE             NOTICE ONLY    NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        2689.41           .00        2689.41
BLATT HASENMILLER LEIBSK   NOTICE ONLY    NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED        9647.15           .00        9647.15
JOSEPH WROBEL              DEBTOR ATTY     2,394.00                      2,394.00
TOM VAUGHN                 TRUSTEE                                       1,317.21
DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 21,676.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       17,964.79
ADMINISTRATIVE                                   2,394.00
TRUSTEE COMPENSATION                             1,317.21
DEBTOR REFUND                                         .00
                        ---------------         ---------------
TOTALS                  21,676.00               21,676.00


              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 11091 JOVIAN L ELLISON & DEBROH D ELLISON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 11091 JOVIAN L ELLISON & DEBROH D ELLISON